Case 4:25-cv-03215   Document 6   Filed on 07/29/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY N. BRUNSON and JMAEL LARA PENDLETON, Plaintiffs, | § § § § § § § § § § § § | CIVIL ACTION NO. 4:25-cv-3215  JUDGE CHARLES ESKRIDGE |
| vs. | | |
| VICTORY PACKAGING, L.P., Defendant. | | |

## ORDER

On July 22, 2025, Plaintiffs filed an Unopposed Motion to Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Finding no opposition, the Court grants the motion and dismisses this action without prejudice. Each party shall pay its own fees and costs.

SO ORDERED.

Signed on July 29, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

2